1  Steven Mandala (*Defendant*)
   d/b/a Formula Tire Corp Inc., et al. (*Defendant*)
2  8600 Commodity Circle STE 148
   Orlando, FL  32819
3  (917) 399-3186
4  stevenmandala74@gmail.com
   Defendants *In Pro Per*



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYO TIRE CORP., et. al. | Case No.  8:20-cv-00502-JLS-KES |
| Plaintiffs, | **NOTICE OF MOTIONS** |
| v. | |
| STEVEN MANDALA, et. al. | |
| Defendants. | |

### DEFENDANTS' NOTICE OF UNOPPOSED MOTIONS FOR EXTENDED TIME TO ANSWER COMPLAINT AND PERMISSION TO ELECTRONICALLY FILE

PLEASE TAKE NOTICE that on April 20, 2020 or as soon thereafter as this matter may be heard in the above-entitled Court, Defendants will move to this Court for an unopposed Order for an extension of time to answer the Plaintiffs' Complaint, and additionally, for the Court to permit Defendants' to electronically file in this action.

1

This Notice is made pursuant to Local Rule 6-1.  Defendant has conferred with Plaintiffs' counsel pursuant to Local Rule 7-3 and counsel unopposed to both Motions in this Notice.

Date:  April 17, 2020

Signed:  /s/ Steven Mandala

Steven Mandala (*Defendant*)
d/b/a Formula Tire Corp Inc., et al. (*Defendant*)
8600 Commodity Circle STE 148
Orlando, FL  32819
(917) 399-3186
stevenmandala74@gmail.com
Defendants *in Pro Per*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2020, I emailed the foregoing to the parties below and sent a copy to the address provided by the counsel of record:

Michael Meeks  *Attorney for Plaintiffs*
**BUCHALTER**
18400 Von Kaman Ave, Suite 800
Irvine, CA  92612
mmeeks@buchalter.com

Date:  April 17, 2020

Signed:  /s/ Steven Mandala

Steven Mandala (*Defendant*)
d/b/a Formula Tire Corp Inc., et al. (*Defendant*)
8600 Commodity Circle STE 148
Orlando, FL  32819
(917) 399-3186
stevenmandala74@gmail.com
Defendants *in Pro Per*

100% Recycled fiber
80% Post-Consumer

APR 20 2020

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

Extremely Urgent

Visit ups.com or
to schedule a pi

Domestic Shipments
- To qualify for the Le correspondence, ur weigh 8 oz. or less. those listed or weig

International Shipm
- The UPS Express er value. Certain cour ups.com/importex
- To qualify for the L UPS Express envel

STEVEN MANDALA
4079000190
TIREGRAFICX
8600 COMMODITY CIRCLE STE 148
ORLANDO FL 32819

0.1 LBS LTR 1 OF 1

SHIP TO:
CLERK OF COURTS (TO BE FILED)
US DISTRICT COURT SOUTHERN DIVISION
RM 1053
411 WEST FOURTH ST.
SANTA ANA CA 92701-4500

JLS

CA 927 9-08

UPS NEXT DAY AIR 1
TRACKING #: 1Z 976 W8X 01 1286 7207

BILLING: P/P

XOL 20.03.09 NV45 83.0A 12/2019

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY
APR 20 2020
DISTRICT COURT

US DISTRICT COURT SOUTHERN DIVI
411 W 4TH ST
RM 1053
SANTA ANA CA 92701

P:TAN S:4 I:2A
1210 – 1084
1Z976W8X011286 7207
APR 20 06:52:42 2020
1030

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

© 2019 United Parcel Service of America, Inc. UPS, the UPS brand mark and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

Serving you for more than 100 years
United Parcel Service®

Visit ups.com for details on our privacy practices.

171604 8/18 BP

