Steven Mandala (*Defendant*)
d/b/a Formula Tire Corp Inc., et al. (*Defendant)*
8600 Commodity Circle STE 148
Orlando, FL 32819
(917) 399-3186
stevenmandala74@gmail.com
Defendants *In Pro Per*

FILED
CLERK, U.S. DISTRICT COURT
APR 20 2020
CENTRAL DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TOYO TIRE CORP., et. al.

Plaintiffs,

v.

STEVEN MANDALA, et. al.

Defendants.

Case No. 8:20-cv-00502-JLS-KES

**DEFENDANTS DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND**

**DEFENDANTS DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND**

I, Steven Mandala, d/b/a "Formula Tire Corporation Inc.," d/b/a "Formulatireco", et. al., here by declare the following:

1. My principal domicile is 6930 Piazza Street, Orlando, FL 32819. I conduct my personal business at 8600 Commodity Circle STE 148, Orlando, FL 32819. These two addresses are not adjacent nor juxtaposed to each other.

2. On April 15, 2020, I travelled to my place of business from my home as allowed by Florida's Executive Order in response to the COVID-19 outbreak. When reaching the door, there was an unlabeled manila envelope resting against the front door. I opened the envelope and noted the contents inside, which included a Summons to answer this instant action.

3. To properly establish an appropriate answer, engage the Plaintiff in meaningful talks to dispose this action, or file appropriate dispositive motions, with the limited resources currently available, I requested opposing counsel to grant an extension to answer through and including May 30, 2020.

4. Counsel conferred with me on April 17, 2020, pursuant to Local Rule 7-3, and did not oppose the motion.

Date: April 17, 2020

Signed: /s/ Steven Mandala

Steven Mandala (*Defendant*)
d/b/a Formula Tire Corp Inc., et al. (*Defendant)*
8600 Commodity Circle STE 148
Orlando, FL 32819
(917) 399-3186
stevenmandala74@gmail.com
Defendants *in Pro Per*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2020, I emailed the foregoing to the parties below and sent a copy to the address provided by the counsel of record:

Michael Meeks
**BUCHALTER**
18400 Von Kaman Ave, Suite 800
Irvine, CA 92612
mmeeks@buchalter.com

*Attorney for Plaintiffs*

Date: April 17, 2020

Signed: /s/ Steven Mandala

Steven Mandala (*Defendant*)
d/b/a Formula Tire Corp Inc., et al. (*Defendant)*
8600 Commodity Circle STE 148
Orlando, FL 32819
(917) 399-3186
stevenmandala74@gmail.com
Defendants *in Pro Per*

STEVEN MANDALA
4079000190
TIREGRAFICX
8600 COMMODITY CIRCLE STE 148
ORLANDO FL 32819

0.1 LBS LTR 1 OF 1

SHIP TO:
CLERK OF COURTS (TO BE FILED)
US DISTRICT COURT SOUTHERN DIVISION
RM 1053
411 WEST FOURTH ST.
SANTA ANA CA 92701-4500

CA 927 9-08

UPS NEXT DAY AIR 1
TRACKING #: 1Z 976 W8X 01 1286 7207

BILLING: P/P

XOL 20.03.09 NV45 83.0A 12/2019

US DISTRICT COURT SOUTHERN DIVI
411 W 4TH ST
RM 1053
SANTA ANA CA 92701

P:TAN S: 4
1210 – 1084 I:2A
1Z976W8X011286 7207
1030

Visit ups.com for details on our privacy practices.

171604 8/18 BP