UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00502-JLS-KES            Date:  May 22, 2020
Title:  Toyo Tire USA Corp. et al v. Steven Mandala et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                         Not Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER (1) DENYING AS MOOT DEFENDANT MANDALA'S UNOPPOSED MOTION FOR EXTENSION OF TIME (Doc. 19) AND (2) ADVISING DEFENDANT MANDALA THAT HE MAY NOT FILE, OR OTHERWISE APPEAR, ON BEHALF OF DEFENDANT FORMULA TIRE CORPORATION, INC.**

      Before the Court is an unopposed Motion for Extension of Time filed by Defendant Steven Mandela, purportedly on behalf of both himself and Defendant Formula Tire Corporation, Inc.  (Mot., Doc. 19.)  The Court has already explained to Defendants that under the Central District Local Rules "a corporation may not appear in any action or proceeding unless represented by an attorney permitted to practice before this Court."  (Doc. 16 (citing C.D. Cal. L.R. 83-2.2.2).)  While Mr. Mandela may litigate on his own behalf without counsel, i.e., *pro se*, Formula Tire may not.  Mr. Mandela is ORDERED to cease filing documents on behalf of Formula Tire or face the possibility of sanctions.

      In the pending Motion, Mr. Mandela states that Plaintiffs do not oppose Defendants' request for a fourteen-day extension of their deadline to oppose Plaintiffs' pending Motion for Preliminary Injunction (MPI, Doc. 17.), "through and including June 4, 2020."  (Mot. ¶ 4.)  First, the parties shall no longer file documents styled as "unopposed motions."  Such requests are to be filed as joint stipulations, properly filed under the Local Rules and accompanied by a proposed order.  Second, Plaintiffs' MPI is currently set for hearing on July 24, 2020, meaning that Defendants' opposition brief is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00502-JLS-KES                                    Date:  March 10, 2015

Title:  Toyo Tire USA Corp. et al v. Steven Mandala et al.

due twenty-one days earlier, on July 3, 2020.  *See* C.D. Cal. L.R. 7-9.  Because there is no basis for Defendants' Motion, it is DENIED AS MOOT.

Initials of Preparer:  _____