JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYO TIRE U.S.A. CORP., TOYO TIRE CORPORATION, AND NITTO TIRE U.S.A. INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN MANDALA, d/b/a JSIMPORTCO, d/b/a TIREGRAFICX, d/b/a TIRE GRAFICX, d/b/a FORMULA MOTORSPORTS, FORMULA TIRE CORPORATION, INC. AND DOES 1 through 10, <br><br> Defendants. | Case No. 8:20-cv-00502-JLS-KES <br><br> HONORABLE JOSEPHINE L. STATON, COURTROOM 10 A <br><br> **JUDGMENT GRANTING PERMANENT INJUNCTION (DOC. 42)** |

Pursuant to the joint Stipulation of Plaintiffs Toyo Tire U.S.A. Corp., Toyo Tire Corporation and Nitto Tire U.S.A. Inc.'s (collectively "Toyo/Nitto") and Defendants Steven Mandala and Formula Tire Corporation, Inc. (jointly "Defendants"), and based upon the stipulated facts and judgment set forth therein, the Court hereby ORDERS and ADJUDGES:

Defendants Steven Mandala and Formula Tire Corporation, Inc., their affiliates, subsidiaries, officers, directors, employees, independent contractors, and attorneys, and all persons and/or entities acting for, with, by, through, or in concert with them or any of them are hereby PERMANENTLY ENJOINED from:

(a) Using any of Toyo/Nitto trademarks and/or any other designation that is a colorable imitation of and/or is confusingly similar to the Toyo/Nitto's trademarks, in any medium (retail, wholesale, internet, physical or otherwise) in connection with any services, related services or related goods;

(b) Representing in any manner, or by any method whatsoever, that Defendants are in any way affiliated with Plaintiffs, or that the goods, services or other products or services provided by Defendants are sponsored, approved, authorized by, or originate from Plaintiffs, or otherwise take an action likely to cause confusion, mistake or deception as to the origin, approval, sponsorship or certification of such goods or services;

(c) Infringing, diluting and/or tarnishing the distinctive quality of any of Toyo/Nitto's trademarks;

(d) Defendants shall remove all use of any of Toyo/Nitto's trademarks from any and all websites, social media, advertising, marketing, or other materials relating to Defendants' and Defendants shall not make, sell, advertise for sale, or market any item bearing any of Toyo/Nitto's trademarks.

The Court further ORDERS that:

Defendants are to give notice of this permanent injunction by providing a copy hereof to their affiliates, subsidiaries, officers, directors, employees,

independent contractors, and attorneys, and all persons and/or entities acting for, with, by, through, or in concert with them or any of them, and Defendants shall provide a list including the name, contract information, and date notice was given within 3 days of the date of the injunction issues.

The Court hereby retains jurisdiction over the matters set forth herein and the parties hereto to decide issues relating to this permanent injunction.

DATED: December 14, 2020

_____
Hon. Josephine L. Staton
United States District Judge